

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| HENRY A. JONES, JR., ) | Case No. EDCV 06-00675-DDP (MLG) |
|     Petitioner, ) | |
|     v. ) | JUDGMENT |
| A.J. MALFI, WARDEN, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 17, 2009

Dean D. Pregerson
United States District Judge